James A. CALHOUN–EL,
Plaintiff–Appellant,

v.

Gray D. MAYNARD; Correctional Medical Services, Incorporated,
Defendants–Appellees.

No. 10–6853.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 14, 2010.

Decided: Oct. 22, 2010.

James A. Calhoun–El, Appellant Pro Se. Philip Melton Andrews, Mary Beth Ewen, Kramon & Graham, PA, Baltimore, Maryland, for Appellee.

Before MOTZ, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James A. Calhoun–El appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Calhoun–El v. Maynard,* No. 1:09–cv–03085–RDB, 2010 WL 2342384 (D. Md. June 4, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*